Evan Hu (CA Bar 305447)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fahd Ashkar; Darin Ashkar,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**United States Department of State, Antony Blinken,** Secretary of State of the United States, **Ian G. Brownlee,** Assistant Secretary of State for Consular Affairs; **Wendy Ruth Sherman,** Deputy Secretary of State; **Catherine Barry,** Senior Advisor at U.S. Department of State; **Karen Sasahara,** Charge d'Affaires of U.S. Embassy in Amaan, Jordan, **United States Embassy in Amman Jordan; Christine Parker,** Chief, Outreach and Inquiries Division of Visa Services in the Department of State,<br><br>　　　　Defendants. | Case No.:<br><br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

## **INTRODUCTION**

1. This action is brought by Plaintiffs to compel Defendants and those acting under them to take action on Plaintiff Darin Ashkar's immigrant visa application.

2. Plaintiff Fahd Ashkar is a US Citizen and Plaintiff Darin Ashkar is his sister. (**Exhibit A- US Passport of Fahd Ashkar**).

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 1

3.  On August 16, 2006, Plaintiff U.S. Citizen Fahd Ashkar filed an I-130, Petition for Alien Relative on behalf of his sister, Plaintiff Darin Ashkar and her derivate children, Ilia Sulebi, Repecca Sulebi, Jeseka Sulebi, Patriska Sulebi and Mariksa Sulebi to United States Citizenship and Immigration Service (USCIS).  (**Exhibit B – I-797 Notice**).

4.  Plaintiff Darin Ashkar is a Christian from Syria who fled the civil conflict in that country with her children.  Christians in Syria are routinely persecuted by the government in power and the various rebel groups throughout the country.  Both the Syrian government and the various rebel groups believe that Christians in Syria are opposed to their goals and objectives and specifically seek them out for persecution and torture.

5.  Plaintiff's I-130 Petition for Alien Relative was thereafter approved and the application for immigrant visa was then sent to the National Visa Center for further processing.  After the processing of the immigrant visa application was completed at the National Visa Center, it was then transferred to the US Embassy in Amman, Jordan for the scheduling of the visa interview.

6.  On December 17, 2019, the National Visa Center sent a letter to Plaintiff Darin Ashkar advising that the immigrant visa interview had been scheduled to take place on January 18, 2020 at the US Embassy in Amman, Jordan. (**Exhibit C- Interview Letter**).

7.  On January 18, 2020, Plaintiff Darin Ashkar attended the scheduled immigrant visa interview at the US Embassy in Amman, Jordan with her children, Ilia Sulebi, Repecca Sulebi, Jeseka Sulebi, Patriska Sulebi and Mariska Sulebi.   The interview was successfully concluded at that time and Plaintiff Darin Ashkar was not told by the immigration officer that she had to return or provide additional documents.   Rather, the immigrant visa interview was completed.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

8. After the January 18, 2020 interview at the US Embassy in Amman, Jordan, neither Plaintiff Darin Ashkar nor Plaintiff Fahd Ashkar was further advised at any time about when the immigrant visa(s) would be approved.

9. Multiple inquiries to the U.S. Embassy in Amaan, Jordan indicate that Plaintiff Darin Ashkar's immigration visa application(s) is still being processed and with no further information. *(Exhibit D: Index and e-mail communications).*

10. Defendants have violated the Administrative Procedures Act ("APA") by failing to process and issue a final decision on Plaintiff's visa application which has been pending for nearly a year and a half. Plaintiffs seek to compel Defendants, through a writ of mandamus, to either grant or deny Plaintiff Darin Ashkar's pending visa application.

## PARTIES

11. Plaintiff Fahd Ashkar's I-130 Petition for Alien Relative was approved by USCIS and thereafter, on January 28, 2020, his sister Plaintiff Zainab Ahmed Abdulqadir had her immigrant visa interview at the US Embassy in Amaan, Jordan and the interview was satisfactorily concluded.   Since the visa interview, neither Plaintiff Fahd Ashkar nor Plaintiff Darin Ashkar has received any further information from the US Embassy in Amman, Jordan regarding the status of her pending immigrant visa.

12. Defendant UNITED STATES DEPARTMENT OF STATE (hereinafter "State Department") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Embassy in Amman, Jordan, its Charge d' Affaires, and officers named as defendants in this complaint.

13. Defendant ANTONY BLINKEN (hereinafter "Secretary Blinken") is sued in his official capacity as the Secretary of State, as the head of the Department of State, as he is charged with the administration and the enforcement of immigration and nationality laws relating to the powers, duties, and functions of diplomatic and consular officers of the United States.

14. Defendant IAN G. BROWNLEE (hereinafter "Acting Assistant Secretary Brownlee") is sued in his official capacity as the Assistant Secretary of State for Consular Affairs, as he is charged with oversight of all consular, including visa, matters.

15. Defendant WENDY RUTH SHERMAN (hereinafter "Deputy Secretary Sherman") is sued in her official capacity as the Deputy Secretary of State, as she is charged with acting as deputy to the Secretary of State, which deals with the enforcement of immigration and nationality laws, which includes duties and functions of diplomatic and consular officers of the United States.

16. Defendant CATHERINE BARRY (hereinafter "Senior Advisor at U.S. Department of State") is sued in her official capacity as the Senior Advisor of the U.S. Department of State, as she is charged with all matters relating to visas and the administration of visa-related laws.

17. Defendant KAREN SASAHARA (hereinafter "Charge D' Affaires Sasahara") is the Charge d' Affaires of the U.S. Embassy in Amaan, Jordan. This suit is brought against Charge D' Affaires Sasahara in her official capacity, as she is charged with matters relating to the consular affairs in the U.S. Embassy in Amaan, Jordan.

18. Defendant UNITED STATES EMBASSY IN AMMAN, JORDAN is a mission within Defendant Department of State and is involved in the acts challenged in this action. The United

States Embassy in Amman, Jordan is responsible for processing Plaintiff Darin Ashkar's visa application.

19. Defendant CHRISTINE PARKER (hereinafter "Chief Parker") is the Chief of Outreach and Inquiries in the Visa Division of Visa Services in the Department of State. This suit is brought against Chief Parker in her official capacity, as she is charged with all matters relating to inquiries in the Visa Division.

## JURISDICTION

20. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending immigrant visa application for indefinite periods of time.

21. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

## VENUE

22. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action.  Plaintiff Fahd Ashkar resides in Rancho Cucamonga, California, which is located in the Central District of California.  No real property is involved in this action.  Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

23. Plaintiffs have no administrative remedies.  Plaintiffs have made numerous inquiries to the US Embassy in Amman, Jordan since the interview on January 28, 2020, to no avail.  There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

24. Plaintiff Fahd Ashkar submitted an I-130 Petition for Alien Relative to USCIS for his sister Plaintiff Darin Ashkar and her children.  The Petition was for her and her children to join him here in the United States based on his status in the United States as a U.S. Citizen.

25. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

26. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

27. USCIS approved the I-130 Petition and then sent the application for immigrant visa to the U.S. Department of State National Visa Center for further processing.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

28. The National Visa Center processed the application and forwarded it to the U.S. Embassy in Amman, Jordan for the required visa interview(s).

29. On January 28, 2020, Plaintiff Darin Ashkar was interviewed at the U.S Embassy in Amman, Jordan. Upon the conclusion of the interview, the consular officer did not request any additional documents or schedule another interview, rather, the interview was satisfactorily concluded.

30. Since the date of the interview, Plaintiff Fahd Ashkar has made multiple requests to the U.S. Embassy in Amman, Jordan to ascertain the status of the pending application with no substantive responses.

31. Administrative processing, according to the Department of State website, takes around 60 days. It has been nearly a year and a half since the interview date. Even if we take into account the fact that the Consular office provided an estimate of 1-6 months, this has been going on for far longer.

32. From November 29, 2020 until now, Plaintiff Fahd Ashkar has corresponded with the US Embassy in Amman, Jordan regarding a decision on the application, but no decision has been forthcoming.

33. The issuance or denial of visas is the responsibility of the consular officers and was conferred by the Immigration and Nationality Act of 1952. *Li Hing of Hong Kong, Inc. v. Levin*, 800 F.2d 970, 971 (9th Cir. 1986); 8 U.S.C. § 1201(a)(1)(2004); 8 U.S.C. §§ 1101(a)(9), (16) (2004). The INA which governs visa processing "confers upon consular officers exclusive

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 7

authority to review applications for visas." *Saavedra Bruno v. Albright,* 197 F.3d 1153, 1156 (D.C. Cir. 1999); INA § 201(b)(2)(A)(i).

34. No judicial or administrative review is available for a consular officer's decision to issue or deny a visa as this has been held to be a discretionary duty. *Patel v. Reno,* 134 F.3d 929, 931 (9th Cir. 1997); *Li Hing of Hong Kong, Inc.,* 800 F.2d at 971.

35. The Court in *Patel* established that the non-reviewability doctrine is inapplicable when a consular officer fails to follow his or her discretionary duties, and that failure to make a decision to issue or deny a visa is such a non-discretionary duty. *See Patel,* 134 F.3d at 931. The APA is to seek redress for unreasonable delays. Courts use factors to determine the unreasonable delays. *Telecommunications Research and Action Center v. FCC,* 750 F.2d 70 (D.C. Cir. 1984). The Court considers whether the time an agency takes to render a decision is governed by rule of law, where Congress has provided a time table, delays in the realm of economic regulation are less tolerable when human health and welfare are at stake, consideration of the effect of expediting delayed action on agency actions of higher or competing priority, nature and extent of interests prejudiced by delay, and the impropriety of agency lassitude is not required to find that the agency action has been unreasonably delayed. *Id.*

36. Per 22 C.F.R. § 42.81(a), action on a visa application by the consular officer is mandatory. The consular officer must either issue or refuse the visa. Under the State Department's Foreign Affairs Manual, Section 237 of Public Law 106-113 and subsequent legislation requires that the Department establish a policy under which immediate relative (and fiancé(e)) visas be processed within 30 days of receipt of the necessary information from the

applicant and the Department of Homeland Security (DHS); all other family-based immigrant visas (IV) must be processed within 60 days.  The Department expects all posts to strive to meet the 30/60-day requirements." *See 9 FAM 504.7-2.*

## **CLAIM FOR RELIEF**

37. Plaintiffs' claim in this action is clear and certain.  Plaintiffs' reallege paragraphs 1 through 35, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and issue the immigrant visas for Plaintiff Darin Ashkar and her children.

38. As a result of Defendants' failure to perform their duties, Plaintiffs have suffered, are suffering, and will continue to suffer irreparable harm.  Plaintiff Darin Ashkar's life is completely in the hands of the Department of State during this interminable pendency of her application.  Plaintiff Darin Ashkar and her children have been deprived of the substantial benefits of being able to join Plaintiff Fahd Ashkar in the safety of the United States.  These benefits include ability to enter and stay in the United States, and right to work in the United States.  Because of the unconscionable delay, Plaintiff Darin Ashkar and her children have been separated from her brother for a very long time.

39. In failing to act on these applications, Defendants are acting directly in contradiction of the congressional intent, to promote family unity, for relatives of lawful permanent residents.

40. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff Darin Ashkar's

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to Plaintiffs' case.

41. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

42. Plaintiff have made numerous attempts to secure a final decision, all to no avail. Only consular officers are able to make decisions on visa issuance or denial, leaving no adequate remedy. Accordingly, Plaintiffs have been forced to pursue the instant action.

## **PRAYER**

43. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.   Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.   Declare as unlawful the violation by Defendants of failing to act on an approved relative petition, and properly filed visa application;

    c.   Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.   Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Darin Ashkar's immigrant visa application, to notify her whether her application has

been granted or denied, and if granted, of the procedures to be followed for the receipt of her immigrant visa;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Darin Ashkar's application by either approving or refusing said application, and if the application is refused, that the decision include justification to preclude the sense of retaliation for having brought this lawsuit or having exposed the Defendants' neglect;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such other relief at law and in equity as justice may require.

Dated this June 9, 2021                          Respectfully Submitted,


/s/ Evan Hu
Evan Hu, Esq.
Counsel for Plaintiffs

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE**

**RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS,**

**ASHKAR v. UNITED STATES DEPARTMENT OF STATE, et al.**

| Exhibit | Description | Page |
| --- | --- | --- |
| A | Passport of Fahd Ashkar | 1 |
| B | I-797 Receipt Notice | 2 |
| C | Interview Letter | 3-4 |
| D | Index and E-mail communications | 5-8 |

**EXHIBIT A**



**EXHIBIT B**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-06-239-50123 | | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE,<br>FIANCE(E), OR ORPHAN |
|---|---|---|
| RECEIVED DATE<br>August 16, 2006 | PRIORITY DATE | PETITIONER A055 385 760<br>ASHKAR, FAHD |
| NOTICE DATE<br>August 21, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>ASHKAR, DARIN |

FAHD ASHKAR
1733 W ANDER DR
UPLAND CA 91784

**Notice Type:** Receipt Notice

Amount received: $ 190.00

Section: Sister or brother of U.S.
Citizen, 203(a)(4) INA

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 01/31/05) N

2

**EXHIBIT C**

 United States Department of State
National Visa Center
31 Rochester Ave, Suite 200
Portsmouth, NH 03801-2915



DARIN ASHKAR
MECHREFEH
MECHREFEH
SYRIA

Interview Letter (P4)

December 17, 2019

Dear DARIN ASHKAR,

The National Visa Center (NVC) is pleased to inform you that we scheduled your immigrant visa interview at the U.S. Embassy or Consulate in AMMAN, JORDAN. This interview is for immigrant visa case number DMS2009709004 filed by FAHD  ASHKAR on behalf of DARIN ASHKAR. Please **SAVE** this letter and **bring it to your interview.**

Please promptly read and follow all Interview Preparation Instructions located on the Department of State's web site at: **https://nvc.state.gov/interview.** Be sure to review the "Items You Must Bring to Your Visa Interview" checklist prior to traveling to the embassy or consulate.

Important information regarding the required medical appointment is listed on this site. Failure to promptly follow all instructions provided on this site will result in your immigrant visa being refused at the initial interview.

## Interview Date and Time

Your immigrant visa interview is at the U.S. Embassy or Consulate in AMMAN, JORDAN on **January 28, 2020** at **12:30 pm**. The following applicants should attend this interview:

Name
ASHKAR, DARIN
SULEBI, ILIA
SULEBI, REPECCA
SULEBI, JESEKA
SULEBI, PATRISKA
SULEBI, MARIKSA

Petitioners are not required -- and at some locations, may not be allowed -- to attend the applicant's visa interview.

## Presidential Proclamation on Health Care

On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants

3

Who Will Financially Burden the United States Healthcare System." For the most up to date information on how

PP 9945 might affect your case, please visit **https://travel.state.gov/healthcare**.

## What to Do if You Cannot Keep the Interview

Some Embassies/Consulates reschedule interview appointments themselves; others utilize an outside service provider to reschedule appointments. To determine the proper procedure for rescheduling your interview appointment, please go to the Department of State's web site at: **https://nvc.state.gov/interview**. Under "Step 2," select your interview location from the dropdown, click "Download PDF," and follow your Embassy/Consulate's instructions listed under "Contact Information" on the right.
DMS2009709004

## Preparing for Your Visa Interview

All eligible applicants must complete the following tasks before their visa interview. Detailed instructions for each step are online at **https://nvc.state.gov/interview** (English) and **https://nvc.state.gov/interview/Espanol** (Spanish):

1. Bring this letter to your medical examination because the panel physician may need to review it before performing the examination.
2. To determine the proper procedure for your medical appointment, please go to the Department of State's web site at: **https://nvc.state.gov/interview**. Under "Step 2," select your interview location from the dropdown, click "Download PDF," and follow your Embassy/Consulate's instructions.
3. If a sponsor filed an I-864 (Affidavit of Support) AND provided NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must bring the sponsor's most recent Federal Income Tax Return to the visa interview.
4. You must bring to the interview original versions of **all** civil documents and certificates submitted to NVC. You may need to get updated financial documents and police certificates. Failure to present all necessary documents to the Consular Officer will result in your immigrant visa being refused at the initial interview.

You can also watch a video at **https://nvc.state.gov/resources**. This instructional video is available in eight languages.

## Family Reunification Parole (FRP) Program Interviews

If you are participating in the Cuban Family Reunification Parole Program, view the program website at **https://cu.usembassy.gov/visas/immigrant-visas/cuban-parole-programs** (English) or **https://cu.usembassy.gov/es/visas-es/cuban-parole-programs-es** (Spanish) and follow the instructions.

☐ If you are participating in the Haitian Family Reunification Parole Program, view the website at **https://uscis.gov/hfrp**.

## Did you read the U.S. embassy or consulate's interview instructions on **https://nvc.state.gov/interview** to learn:

☐ The approved medical facilities where you can get a medical examination

☐ Whether you are required to register for a passport courier service prior to the interview

4

- ☐ Security requirements for entering the U.S. Embassy
- ☐ If there are any forms or documents **not** listed above that the embassy wants you to bring to the interview
- ☐ Whether you are required to provide the above documents to the embassy **prior** to your interview

**EXHIBIT D**

## INDEX OF COMMUNICATIONS

| Date | Description | Page |
|---|---|---|
| June 6, 2021 | Email from Fahd Ashkar to US Embassy | 5 |
| April 16, 2021 | E-mail from Fahd Ashkar to US Embassy | 6 |
| January 17, 2021 | E-mail from Fahd Ashkar to US Embassy and response | 7 |
| November 29, 2020 | E-mail from Fahd Ashkar to US Embassy and response | 8 |

**Assistant**

| | |
|---|---|
| **From:** | fahd ashkar <fahdashkar@yahoo.com> |
| **Sent:** | Tuesday, June 8, 2021 12:25 PM |
| **To:** | Assistant |
| **Subject:** | Fwd: Dms2009709004 |

Sent from my iPhone

Begin forwarded message:

> **From:** fahd ashkar <fahdashkar@gmail.com>
> **Date:** June 6, 2021 at 8:34:36 PM PDT
> **To:** AmmanUSCISSupport@state.gov
> **Subject: Dms2009709004**
>
> Hello
> this is fahd Ashkar
> I'm the petitioner of the case DMS2009709004
> For my sister Darin ashkar
> I was checking on the status of the case it's showin the expiring soon because I didn't respond for more than a year
> But I don't received any request or any thing from the embassy about the case
> Please can I get more details and am ready to send anything you need for this case

## Assistant

| | |
|---|---|
| **From:** | fahd ashkar <fahdashkar@yahoo.com> |
| **Sent:** | Tuesday, June 8, 2021 12:25 PM |
| **To:** | Assistant |
| **Subject:** | Fwd: DMS2009709004 |

Sent from my iPhone

Begin forwarded message:

> **From:** fahd ashkar <fahdashkar@yahoo.com>
> **Date:** April 16, 2021 at 10:25:03 PM PDT
> **To:** AmmanUSCISSupport@state.gov
> **Subject: DMS2009709004**

I'm fahd Ashkar I am the applicant of the case number DMS2009709004
for my sister Darin Ashkar
The last update on the case was on 1/14/2021
Show's that the case is refused and that I have not received any reason why it is refused since nearly a
year and two months
Please can I know the reason for the refus and what I should do
Thank you

6

## Assistant

| | |
|---|---|
| **From:** | fahd ashkar <fahdashkar@yahoo.com> |
| **Sent:** | Tuesday, June 8, 2021 12:25 PM |
| **To:** | Assistant |
| **Subject:** | Fwd: Dms2009709004 |

Sent from my iPhone

Begin forwarded message:

> **From:** "Amman, USCIS Support" <AmmanUSCISSupport@state.gov>
> **Date:** January 17, 2021 at 11:34:01 PM PST
> **To:** fahd ashkar <fahdashkar@yahoo.com>
> **Cc:** "Amman, USCIS Support" <AmmanUSCISSupport@state.gov>
> **Subject: Re: Dms2009709004**
>
> Thank you for your email.
>
> For all Immigrant Visa related inquiries, please email: Support-Jordan@ustraveldocs.com.  Our colleagues on the immigrant visa team will respond to your question as soon as possible.  For more information you can contact our call center at 06 590 6000.
>
> Regards
> Consular Section
> U.S. Embassy Amman

**From:** fahd ashkar <fahdashkar@yahoo.com>
**Sent:** Sunday, January 17, 2021 9:36 AM
**To:** Amman, USCIS Support <AmmanUSCISSupport@state.gov>
**Subject:** Dms2009709004

I am Fahd ashkar I am the applicant of the case number DMS2009709004 for my sister Darin ashkar the last update on case on 1/14/2021
Shows that the case is still refused and that I have not received any reason why it is refused since nearly a year
Please can I know the reason for the refus and what I should do
Thank you

7